Nov. Term,
1846.

THE STATE
v.
WIMPLE.

*A. A. Hammond*, for the state.

*H. H. Barbour* and *J. Morrison*, for the defendant.

---

## THE STATE *v.* WIMPLE.

An indictment for an assault and battery need not allege that the person beaten was late of the county, or that the offence was to his damage.

*Friday,*
*November 27.*

ERROR to the *Jennings* Circuit Court.

PERKINS, J.—Indictment for an assault and battery. Indictment quashed.

We are not informed of the objection to this indictment. The attorney of the defendant below on whose motion it was quashed, has adopted the censurable practice—censurable because it delays the business of the Court by imposing upon it the additional labours of counsel—of permitting the record to be submitted to us unaccompanied by any thing directing our attention to the question to be examined, and without referring us to authorities upon it.

The record shows that the indictment was found at a regular term of the *Jennings* Circuit Court, by a competent number of qualified grand jurors duly sworn as such, who

upon their oath presented, "That *Simeon Wimple*, on the eighteenth day of *June* eighteen hundred and forty-four, at the county of *Jennings* aforesaid, with force and arms, did make an assault upon the body of one *De Witt Clinton Dean*, and him the said *De Witt Clinton Dean* did then and there beat, strike, and wound, in a rude, angry, and insolent manner, and other wrongs and injuries to him the said *De Witt Clinton Dean* then and there did, contrary to the form of the statute, &c., and against the peace," &c.

This indictment very nearly conforms to approved precedents in such cases, except in the omission of the words "late of said county," and the averment that the beating and wounding were to *Dean's* damage. We do not see the materiality of either of the parts omitted. By our law, a person who strikes another in a rude, insolent, or angry manner, is liable to indictment in the county in which the act is committed, whether the person struck were late of said county, or were damaged, or not. An indictment bringing a case within the law must be good.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*A. A. Hammond* and *J. H. Bradley*, for the state.